Ben J. Slatky (admitted PHV)
bslatky@ademilaw.com
**ADEMI LLP**
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001

Alex R. Straus (SBN 321366)
astraus@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive, PH Suite
Beverly Hills, CA 90212
Telephone: (866) 252-0878
Facsimile: (615) 921-6501

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **KELLY BARTON TERRY,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHIPOTLE MEXICAN GRILL, INC.,**<br><br>Defendant. | Case No.: 24-cv-354<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Fred W. Slaughter |

THE PLAINTIFF, Kelly Barton Terry, by counsel, Ademi LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and with each party to bear its own costs. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure

-1-
NOTICE OF DISMISSAL

does not apply. Further, neither Defendant has served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: July 17, 2024

          */s/ Ben J. Slatky*
          Ben J. Slatky (admitted PHV)
          bslatky@ademilaw.com
          **ADEMI LLP**
          3620 East Layton Avenue
          Cudahy, WI 53110
          Telephone: (414) 482-8000
          Facsimile: (414) 482-8001

          Alex R. Straus (SBN 321366)
          astraus@milberg.com
          **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
          280 S. Beverly Drive, PH Suite
          Beverly Hills, CA 90212
          Telephone: (866) 252-0878
          Facsimile: (615) 921-6501

          *Attorneys for Plaintiff*